# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO
## CIVIL DIVISION

| | | |
|---|---|---|
| **TRACY SZCZESNIAK** | : | Case No. 1:20-cv-2404 |
| Plaintiff, | : | |
| | : | JUDGE |
| v. | : | |
| | : | **NOTICE OF REMOVAL** |
| **BEARING DISTRIBUTORS INC., et al.** | : | |
| Defendants. | : | |

Defendants hereby give notice of removal of Case No. CV 20 937259, captioned Tracy Szczesniak v. Bearing Distributors, Inc., et al., from the Common Pleas Court of Cuyahoga County, Ohio.  Removal is being made to the United States District Court for the Northern District of Ohio, for the reasons stated in the Memorandum below.

Respectfully submitted,

s/Amy C. Mitchell
Amy C. Mitchell (0069548)
AUMAN, MAHAN & FURRY
110 North Main Street, Suite 1000
Dayton, Ohio 45402
Ph: (937) 223-6003/Fax: (937) 223-8550
Email: acm@amfdayton.com
*Attorney for Defendants*

## **MEMORANDUM**

On September 15, 2020, Plaintiff filed a Complaint in the Common Pleas Court of Cuyahoga County, Ohio, alleging that Defendant violated Title VII of the Civil Rights Act, 42 U.S.C. § 2000e *et seq*., and 42 U.S.C. § 1981a.  Both Title VII and 28 U.S.C. § 1331 provide that federal district courts have original jurisdiction over civil actions of this nature.

Pursuant to 28 U.S.C. § 1441(c), "(1)If a civil action includes (A) a claim arising under the Constitution, laws, or treaties of the United States (within the meaning of section 1331 of this title), and (B) a claim not within the original or supplemental jurisdiction of the district court or a claim that has been made nonremovable by statute, the entire action may be removed if the action would be removable without the inclusion of the claim described in subparagraph (B)."  Such removal may be initiated within thirty days of receipt of a copy of the initial pleading in the case.  28 U.S.C. § 1446(b).  Defendant Bearing Distributors, Inc. first received a copy of the Complaint on September 25, 2020.  Thus, removal is timely.

For the forgoing reasons, removal of this case from the Common Pleas Court of Cuyahoga County, Ohio to the United States District Court for the Northern District of Ohio is proper. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendant Bearing Distributors, Inc. are attached hereto as Exhibit A.  Notice of removal shall be properly filed in the Cuyahoga County Court of Common Pleas.

    Respectfully submitted,

    s/Amy C. Mitchell
    Amy C. Mitchell (0069548)
    AUMAN, MAHAN & FURRY
    110 North Main Street, Suite 1000
    Dayton, Ohio 45402
    Ph: (937) 223-6003/Fax: (937) 223-8550
    Email: acm@amfdayton.com
    *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2020, a true copy of the foregoing was served via ordinary U.S. mail, postage prepaid upon:

Jeffrey Fanger
Gerry Davidson
Michael Paskert
Fanger & Davidson LLC
8396 Mayfield Road
Chesterland, OH 44026
*Attorneys for Plaintiff*

                                      s/Amy C. Mitchell
                                      Amy C. Mitchell (0069548)