**IT IS SO ORDERED.**

/s/ Pamela A. Barker
**PAMELA A. BARKER,
U.S. DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRACY SZCZESNIAK | ) | CASE NO. 1:20-CV-02404-PAB |
| | ) | |
| Plaintiff | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| -vs- | ) | |
| | ) | |
| BEARING DISTRIBUTORS INC., et al. | ) | |
| | ) | **JOINT STIPULATION OF** |
| Defendants | ) | **DISMISSAL PURSUANT TO** |

**CIV.R. 41(a)**

Now comes the Plaintiff, TRACY SZCZESNIAK, and Defendants, BEARING DISTRIBUTORS, INC. and SEAN (LNU) by and through their respective counsel, and hereby dismisses, with prejudice, Plaintiff's Complaint heretofore filed on her behalf herein; and that all other pleadings, motions and temporary restraining orders issued herein be dismissed and held for naught.  Each party to bear his or her own costs.

Respectfully submitted,


 /s/ *Amy C. Mitchell*
Amy C. Mitchell (0069548)
(email consent given 6-17-21)
Auman, Mahan & Furry
110 N. Main Street, Suite 1000
Dayton, OH 45402
Tel: (937) 223-6003
Fax: (937) 223-8550
Email: acm@amfdayton.com
*Attorney for Defendants*

 /s/ *Michael J. Paskert*
Michael J. Paskert (009968)
Jeffrey J. Fanger (0058439)
Fanger & Davidson LLC
8396 Mayfield Road
Chesterland, Ohio  44026
Tel: (440) 605-9641
Fax: (440) 605-9642
Email: mpaskert@fangerlaw.com
jfanger@fangerlaw.com
*Attorneys for Plaintiff*